JON B. EISENBERG
1970 BROADWAY, SUITE 1200
OAKLAND, CA 94612
(510) 452-2581

November 12, 2013

Mr. Mark Langer, Clerk
U.S. Court of Appeals, D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

  Re: Fed. R. App. P. 28(j) Letter—*Aamer v. Obama,* No. 13-5223

Dear Mr. Langer:

  We write to address new authorities that have appeared since oral argument:

  1. Columbia University Institute on Medicine as a Profession, *Ethics Abandoned: Medical Professionalism and Detainee Abuse in the "War on Terror"* (November 2013), http://www.google.com/ url?sa=t&rct= j&q=&esrc=s&frm=1&source=web&cd=4&ved=0CDkQFjAD&url=http% 3A%2F%2Fwww.imapny.org%2FFile%2520Library%2FDocuments%2 FIMAP-EthicsTextFinal2.pdf&ei=AFGBUpKhKYnDigKDx4CQBA&usg= AFQjCNHgIdEgfCLuAqU-QmUvOe34Nhq-ag.

  This report describes differences between the Bureau of Prison and Guantánamo protocols on force-feeding of hunger-striking inmates. Under the Bureau of Prison protocols: (1) only a physician may order force-feeding; (2) force-feeding may be ordered only if the physician determines that the inmate's life or health will be threatened if treatment is not initiated immediately; (3) force-feeding is not initiated at the inception of a hunger strike and in one case was not considered for six weeks; and (4) restraint chairs are intended only for short-term use and there is no provision for their routine use in force-feeding. *Ethics Abandoned* at 107-08; *see also* Federal Bureau of Prisons, Program Statement P5562.05, ¶ 10 (July 29, 2005).

Mr. Mark Langer, Clerk
U.S. Court of Appeals, D.C. Circuit
November 12, 2013
Page -2-

In contrast, under the Guantánamo protocols: (1) the JTF-GTMO Commander decides whether to order force-feeding; (2) force-feeding may be ordered not only where there is an imminent danger to health but also where a hunger strike is prolonged or the detainee has a pre-existing co-morbidity or is below 85% of ideal body weight; (3) force-feeding may be initiated immediately and is routinely initiated after 21 days; and (4) restraint chairs are used routinely and long-term. Joint Task Force Guantánamo Bay, Cuba, Joint Medical Group, *Medical Management of Detainees on Hunger Strike* 4-5, 18 (Mar. 5, 2013).

This point is pertinent to Judge Griffith's inquiry at oral argument whether JTF-GTMO is "using protocols established by the Bureau of Prisons and used throughout the Federal Prison System." Tr. 14. It demonstrates a need for further litigation below on the merits of JTF-GTMO's claim that it is following the Bureau of Prisons protocols.

2.   *Gilardi v. Department of Health and Human Services*, 2013 WL 5854246 (D.C. Cir. Nov. 1, 2013).

This case holds that a "person" within the meaning of the Religious Freedom Restoration Act includes "an individual human being." *Gilardi*, 2013 WL at 5854246 *6.

                              Respectfully submitted,

November 12, 2013       **JON B. EISENBERG**
                              1970 Broadway, Suite 1200
                              Oakland, CA 94612
                              (510) 452-2581

                              /s/
                              Jon B. Eisenberg

Mr. Mark Langer, Clerk
U.S. Court of Appeals, D.C. Circuit
November 12, 2013
Page -3-

November 12, 2013            **REPRIEVE**
                             Cori Crider
                             Clive Stafford Smith
                             Tara Murray
                             P.O. Box 72054
                             London EC3P 3BZ
                             United Kingdom
                             011 44 207 553 8140

                             /s/
                             _____
                             Cori Crider

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


Signature: s/ Jon B. Eisenberg